JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIAN NAVARRO,<br><br>　　　　Plaintiff,<br>　vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:22-cv-08152-JDE<br><br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand (Dkt. 13, "Stipulation to Remand") and entered an Order of Remand,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: March 31, 2023

_____
JOHN D. EARLY
United States Magistrate Judge